# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD TURNER, on behalf of the DAVIS NEW YORK VENTURE FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVIS SELECTED ADVISERS, L.P. and DAVIS DISTRIBUTORS, LLC,<br><br>    Defendants. | NO. 4:08-cv-00421-JMR<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 17), filed on October 6, 2008. In the interim, and before the Court issued a ruling on the Motion to Dismiss, Plaintiff filed an Amended Complaint (Doc. No. 33).

Accordingly, it is **HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 17) is **DENIED** as **MOOT**.

Dated this 23rd day of June, 2009.

_____
John M. Roll
Chief United States District Judge