IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD TURNER, on behalf of the DAVIS NEW YORK VENTURE FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVIS SELECTED ADVISERS, L.P. and DAVIS DISTRIBUTORS, LLC,<br><br>  Defendants. | NO. CV-08-421-TUC-JMR<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 43). Defendants state in their motion that "Plaintiff lacks standing to bring much of the purported excessive 12b-1 fee claim because it attacks fees levied only on share classes plaintiff does not own." (Mot. to Dismiss at 4.) Defendants further state that "Article III precludes [Plaintiff] from maintaining this claim irrespective of his standing to bring other aspects of the lawsuit and regardless of how the statutory language of § 36(b) might otherwise be construed." (Defs' Reply at 2.)

Accordingly,

**IT IS HEREBY ORDERED** that the parties are directed to submit supplemental briefs specifically on the issue of **whether Plaintiff has standing to bring his claim** pursuant to the following schedule:

**Defendants' Opening Brief: Due Tuesday, February 9, 2010**

**Plaintiff's Response Brief: Due Tuesday, February 23, 2010**

**Defendants' Reply Brief:  Due Tuesday, March 2, 2010**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. No. 43) is **DENIED AS PREMATURE** pending the submission of supplemental briefs.

Dated this 27th day of January, 2010.

_____
John M. Roll
Chief United States District Judge