Francis J. Balint, Jr.  (007669)
BONNETT FAIRBOURN FRIEDMAN
 & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:  602/274-1100
Facsimile:   602/274-1199

Daniel W. Krasner  (*Admitted Pro Hac Vice*)
Krasner@whafh.com
Robert B. Weintraub  (*Admitted Pro Hac Vice*)
Weintraub@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Donald Turner, on behalf of the Davis New York Venture Fund,<br><br>                                  Plaintiff,<br><br>v.<br><br>Davis Selected Advisors L.P. and Davis Distributors, LLC,<br><br>                                  Defendants. | No. 4:08-cv-00421-JMR<br><br>**PLAINTIFF'S MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PARTIES' ANALYSES OF UNITED STATES SUPREME COURT DECISION *JONES V. HARRIS*** |

Plaintiff Donald Turner on behalf of the Davis New York Venture Fund ("Plaintiff") hereby moves the Court for an order establishing a briefing schedule for the parties to submit memoranda of points and authorities with respect to a recent United

States Supreme Court decision relevant to defendants' pending motion to dismiss the Amended Complaint.

On March 30, 2010, the United States Supreme Court decided the case of *Jones v. Harris*, 559 U.S. ___ (Mar. 30, 2010).  [A copy of the decision is enclosed.]  The *Jones* decision addressed the legal standard to be used in evaluating whether an investment adviser (and its affiliated entities) have violated Section 36(b) of the Investment Company Act of 1940.  *Jones* addressed, inter alia, *Gartenberg v. Merrill Lynch Asset Mgmt., Inc.*, 694 F.2d 923 (2d Cir. 1982), *cert. denied*, 461 U.S. 906 (1983).

Leave is appropriate and warranted because this action alleges legal claims under Section 36(b) and the parties herein have extensively addressed the *Gartenberg* decision in their prior briefs on defendants' pending dismissal motion.

Plaintiff respectfully requests that the parties be directed to submit supplemental briefs specifically on the *Jones v. Harris* decision pursuant to the following briefing schedule.

Plaintiff and defendants shall exchange and file opening briefs on Tuesday, April 27, 2010.

Plaintiff and defendants shall exchange and file reply briefs on Tuesday, May 4, 2010.

A proposed form of Order has been supplied with this Motion.

RESPECTFULLY SUBMITTED this 6th day of April, 2010.

DATED:  April 6, 2010

    WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP

    By: /s/ Robert B. Weintraub
    Daniel W. Krasner
    Robert B. Weintraub
    270 Madison Avenue
    New York, New York 10016

Telephone: (212) 545-4600
Facsimile: (212) 545-4653

Francis J. Balint, Jr.
BONNETT, FAIRBOURN, FRIEDMAN & BALINT
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

*Attorneys for Plaintiff*

573621v1