UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Turner, on behalf of the Davis New York Venture Fund,<br><br>Plaintiff,<br><br>v.<br><br>Davis Selected Advisors L.P. and Davis Distributors, LLC,<br><br>Defendants. | No. 4:08-cv-00421-JMR<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO ESTABLISH BRIEFING SCHEDULE WITH RESPECT TO *JONES V. HARRIS* DECISION |

The Court having considered Plaintiff's Motion to Establish Briefing Schedule For Parties' Analyses Of United States Supreme Court Decision *Jones V. Harris*, and sufficient cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Establish Briefing Schedule For Parties' Analyses Of United States Supreme Court Decision *Jones V. Harris* is GRANTED.

IT IS HEREBY FURTHER ORDERED that the parties are directed to submit supplemental briefs specifically on the *Jones v. Harris* decision pursuant to the following briefing schedule:

Plaintiff and defendants shall exchange and file opening briefs on Tuesday, April 27, 2010.

Plaintiff and defendants shall exchange and file reply briefs on Tuesday, May 4, 2010.