K&L GATES, LLP
1601 K Street, NW
Washington, DC  20006
Telephone 202-778-9000

Stephen G. Topetzes (Admitted *pro hac vice*)
stephen.topetzes@klgates.com
Nicholas G. Terris (Admitted *pro hac vice*)
Nicholas.Terris@klgates.com
Nicole A. Baker (Admitted *pro hac vice*)
nicole.baker@klgates.com

LAW OFFICE OF SHANNON GILES, PLLC
2205 East Speedway Boulevard
Tucson, AZ  85719
Telephone 520-327-1343

Shannon L. Giles (#018786)
Shannon.Giles@me.com

*Counsel for Defendants Davis Selected Advisers, L.P. and Davis Distributors, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DONALD TURNER, on behalf of the DAVIS NEW YORK VENTURE FUND,<br><br>Plaintiff,<br><br>-against-<br><br>DAVIS SELECTED ADVISERS, L.P. and DAVIS DISTRIBUTORS, LLC,<br><br>Defendants. | NO. CV-08-421-TUC-JMR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PARTIES' ANALYSES OF UNITED STATES SUPREME COURT DECISION IN <u>JONES v. HARRIS</u>** |

Defendants hereby respond to plaintiff's April 6, 2010, Motion to Establish Briefing Schedule for Parties' Analyses of United States Supreme Court Decision in <u>Jones v. Harris</u> (the "Motion").

-2-

1   The Supreme Court in <u>Jones v. Harris Associates L.P.</u>, --- U.S. ---, 2010 WL 1189560 (Mar. 30, 2010), endorsed the basic approach to section 36(b) articulated in <u>Gartenberg v. Merrill Lynch Asset Management, Inc.</u>, 694 F.2d 923 (2d Cir. 1982).  As plaintiff correctly states, the parties extensively addressed the <u>Gartenberg</u> formulation in their briefing on defendants' motion to dismiss.

Defendants have no objection to an order providing for such additional briefing relating to <u>Jones v. Harris</u> as the Court may find useful.

Respectfully Submitted on April 23, 2010.

          LAW OFFICE OF SHANNON GILES, PLLC
          2205 East Speedway Boulevard
          Tucson, AZ 85719

By:   /s/ Shannon L. Giles

- and -

Stephen G. Topetzes
Nicholas G. Terris
Nicole A. Baker
K&L GATES, LLP
1601 K Street, NW
Washington, D.C. 20006

*Counsel for Defendants Davis Selected Advisers, L.P. and Davis Distributors, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2010, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/ECF registrants: Francis J. Balint, Jr., fbalint@bffb.com; Daniel W. Krasner, Krasner@whafh.com; and Robert B. Weintraub, Weintraub@whafh.com.

/s/ Shannon L. Giles
LAW OFFICE OF SHANNON GILES, PLLC
2205 East Speedway Boulevard
Tucson, AZ 85719