IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Turner, on behalf of the Davis New York Venture Fund,<br><br>Plaintiff,<br><br>vs.<br><br>Davis Selected Advisors L.P. and Davis Distributors, LLC,<br><br>Defendants. | No. 08-cv-421-TUC-JMR<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Establish Briefing Schedule (Doc. 68). Because additional briefing would aid the Court, the Plaintiff's Motion is **granted**.

Accordingly, **IT IS ORDERED**:

The parties are ordered to submit supplemental briefs addressing the *Jones v. Harris* decision according to the following schedule:

Plaintiff and Defendants shall exchange and file opening briefs on **Monday, September 27, 2010**.

Plaintiff and Defendants shall exchange and file reply briefs on **Monday, October 4, 2010**.

DATED this 3rd day of September, 2010.

_____
John M. Roll
Chief United States District Judge