IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Turner, | No. 08-CV-421-TUC-AWT |
| Plaintiff, | **ORDER** |
| vs. | |
| Davis Select Advisers LP; Davis Distributors LLC, | |
| Defendants. | |

**IT IS ORDERED**:

This case is set for an **oral hearing** on <u>**Thursday, April 21 at 2:15 p.m.**</u> regarding Defendants' Motion to Dismiss (Doc. 43) and the related supplemental briefing. The hearing will be held at the **Evo DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ** in **Courtroom 5D** before **Circuit Judge A. Wallace Tashima**.

DATED this 3rd day of March, 2011.

_____
A. Wallace Tashima
United States Circuit Judge