UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Donald Turner, on behalf of the Davis New York Venture Fund,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Davis Selected Advisers, L.P. and Davis Distributors, LLC,<br><br>　　　　　　Defendants. | NO. 4:08-cv-00421-TUC-AWT<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF MEMORANDUM ORDER (DKT. 80) CONCERNING SECTION 36(b)'s DAMAGES PERIOD** |

　　　The Court having considered Plaintiff's Motion for Reconsideration and/or Clarification of Memorandum Order Concerning Section 36(b)'s Damages Period, and sufficient cause appearing,

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration and/or Clarification of Memorandum Order Concerning Section 36(b)'s Damages Period is GRANTED, and it is further

　　　ORDERED that the last sentence of section III. C. in Docket 80 be changed to read as follows:  As a result, the damages period in this case runs from July 28, 2007 through the present, and the time of trial if any.