1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9    Donald Turner,                              )    No. CV 08-421-TUC-AWT
                                                 )
10            Plaintiff,                          )    **ORDER**
                                                 )
11   vs.                                          )
                                                 )
12                                                )
     Davis Selected Advisors, L.P., et al.,       )
13                                                )
              Defendants.                         )
14                                                )
                                                 )
15                                                )
16
17
18       The Court having considered the Stipulation for Extension of Time for Plaintiff to

19   File Reply Memorandum in Support of Rules 59 and 15 Motion (Doc. 88), and good

20   cause appearing,

21       **IT IS HEREBY ORDERED** that Plaintiff may have up to and including **August**

22   **5, 2011** to file and serve by ECF his reply in support of his Motion.

23
         DATED this 26th day of July, 2011.
24
25
                                  _____
26
                                     A. Wallace Tashima
27                                   United States Circuit Judge
                                     Sitting by Designation
28