# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Turner, | No. CV 08-421-TUC-AWT |
| Plaintiff, | **ORDER** |
| vs. | |
| Davis Selected Advisors, L.P., et al., | |
| Defendants. | |

Plaintiff has filed a Motion for Reconsideration and/or Clarification of Memorandum Order Concerning Section 36(b)'s Damages Period (Doc. 82).

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's motion within **14 days** from the filing date of this order.

DATED this 2nd day of August, 2011.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation